**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| GERARDO ABUNDO, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>v.<br><br>AMERICAN RESIDENTIAL SERVICES, LLC, a Delaware corporation; and DOES 1 to 100, inclusive,<br><br>            Defendants. | Case No. 8:21-cv-01071-CJC-JDEx<br><br>Assigned for all Purposes to: Hon. Cormac J. Carney<br><br>**ORDER OF VOLUNTARY DISMISSAL**<br>**[10]** |

**ORDER**

The matter came before the Court on Plaintiff's Request for Voluntary Dismissal filed by Plaintiff Gerardo Abundo. Good cause appearing therefor, the Court GRANTS the request and dismisses the entire action without prejudice, including all individual and class claims without prejudice.

**IT IS SO ORDERED**.

Dated: July 7, 2021

Hon. Cormac J. Carney
United States District Judge